TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00230-CV

Kelly Vandever, Appellant

v.

Texas Department of Public Safety, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 244,439, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING 

PER CURIAM

 Appellant Kelly Vandever has filed a motion to dismiss this appeal. We grant the
motion and dismiss this appeal.

Before Justices Jones, Smith and Yeakel

Dismissed on Appellant's Motion

Filed: June 30, 1999

Do Not Publish